F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 04 2020 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

                 Plaintiffs,
-against-

BIJORA, INC. d/b/a AKIRA,

                 Defendant.
------------------------------------------------------------ x

Docket No.: 1:20-cv-03075

STIPULATION OF DISMISSAL
<u>WITH PREJUDICE</u>

IT IS HEREBY STIPULATED by and between MICHELLE TENZER-FUCHS and BIJORA, INC. d/b/a AKIRA that the above action is hereby discontinued, with prejudice pursuant to FRCP 41(a)(1)(A)(ii). This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: ~~September~~ November 3, 2020
New York, New York

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
William Cusack
*Attorneys for Defendant*
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
William.Cusack@wilsonelser.com

Dated: September 30, 2020
Forest Hills, New York

SHALOM LAW, PLLC

_____
Jonathan Shalom, Esq.
*Attorney for Plaintiff*
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Tel: (718) 971-9474
Jshalom@JonathanShalomLaw.com

Case closed.

So ordered

S/ JOAN M. AZRACK

November 4, 2020

11124136v.3